OBJECTION TO DEBTORS DISCHARGE
AND CHALLENGE TO DISCHARGEABILITY
OF CERTAIN DEBT

FILED
2013 JAN 28 PM 3:33
M.L. HATCHER, CLK.
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____DEP. CLK.

IN CASE# 12-21010-MLB

a $4500 OF DEBT WAS TO BE SECURED
W/ HOUSEHOLD POSSESSIONS OF
DEBTOR

b $1200 OF DEBT WAS TO SECURED
W/ TITLE & MOTORCYCLE
(SUBSEQUENTALLY TAKEN W/O
PERMISSION BY DEBTOR)

c $ REMAINDER OF DEBT WAS
TO BE SECURED W/ DODGE TRUCK
TITLE & WAS NEVER HANDED
OVER
(DEBTOR HAS SUBSEQUENTLY
PURCHASED A NEW VECHILE AGAIN
& AGAIN PUT INTO NEW GIRLFREINDS
NAME)

d SOME OR DEBT IS NOT LENT MONEY
BUT DAMAGES TO DEBTEES
VECHILE & PROPERTY

e. ALSO SOME OF DEBT IS OWED TO A
THIRD PARTY BORROWED THRU
DEBTEE FOR DEBTOR

f. SOME OF MONEY WAS DUE TO LENT
DUE TOO DEBTOR'S ABUSE MONEY
$2500 LENT TO MAKE HOUSE PAYMENT
SUBSEQUENTLY USED FOR DISNEYLAND
OVER $500 $6500 TO INCLUDE
DAMAGES CAUSED BY DEBTOR TO
LEXUS SUBSEQUENTY PART OF BANKRUPTCY

g. DEBTOR SUBSEQUENTY CLAIMS
PRESUMPTION OF ABUSE

28 JAN 2013          X Glenn Wilson