**MARC BARRECA**
Bankruptcy Judge
**Ramie N. O'Neill**
Law Clerk

(206) 370-5312

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

February 5, 2013

Glenn Wilson
24011 64th Avenue East
Graham, WA 98338-9402

Re: <u>Wilson v. White</u>, Adversary Proceeding No. 13-01067-MLB

Dear Mr. Wilson:

The Court received your hand-written document titled "Objection to Debtors Discharge and Challenge to Dischargeability of Certain Debts in Case # 12-21010-MLB", which the Court construed as a complaint objecting to Debtor's discharge and to the dischargeability of certain debts (the "Complaint"). It has been placed on the docket. *See* Docket No. 1.

Although the Court docketed the Complaint, please be advised that your Complaint does not appear to state a prima facie claim for relief. There may also be further deficiencies as to your Complaint, on which the Court is unable to advise you.

Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having *ex-parte* contact with a party concerning matters that may come before it. Thus, the Court cannot render legal advice or provide substantive instructions on how to proceed with your concerns. Any questions you have should be directed to an attorney. You may be able to speak with an attorney for free by contacting the Debt Clinic, administered through the King County Bar Association, at (206) 267-7070, between the hours of 9:00 a.m. and 12:00 p.m., Tuesday-Thursday.

Further, you must pay the adversary filing fee of $293.00. The Court will then issue a summons, which you must serve on the defendant according to applicable law.

Should you fail to correct the deficiencies set forth in this letter by February 15, 2013, the Court will issue an Order to Show Cause Why Adversary Proceeding Should Not be Dismissed.

Sincerely,
*/s/ Ramie N. O'Neill*
Law Clerk to Judge Barreca